# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CHICAGO TILE INSTITUTE WELFARE PLAN, et. al.,<br>v.<br>THOMPSON'S COMMERCIAL FLOORING, INC. | Case Number:<br>FILED: AUGUST 7, 2008<br>08CV4453<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS                                                                 JFB

| |
|---|
| NAME (Type or print)<br>FRANK A. MARCO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Frank A. Marco |
| FIRM<br>GREGORIO & ASSOCIATES |
| STREET ADDRESS<br>2 N. LASALLE ST., SUITE 1650 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06205057 | TELEPHONE NUMBER<br>(312) 263-2343 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐