# United States District Court for the Northern District of Illinois

Case Number: 08CV4453    Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN    Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____    Date: 8/07/08

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 3002508

Date Payment Rec'd: 08/07/08    Fiscal Clerk: DAJ

## ISSUANCES

☑ Summons                          ☐ Alias Summons
☐ Third Party Summons              ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                   (Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Writ _____
      (Type of Writ)

_1_ Original and _0_ copies on _08/07/08_ as to _DEF._
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05